IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JERRY PHOTHIKHAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERRY PHOTHIKHAM, | Case No.: CV 13-05619 JC |
| Plaintiff, | |
| vs. | ORDER AWARDING EAJA FEES |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY , | |
| Defendant. | HON. JACQUELINE CHOOLJIAN UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of  FOUR THOUSAND DOLLARS ($4,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:     February 24, 2014

_____/s/_____
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE  JUDGE